UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES G. AKERS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) No. 3:12-cv-00901 |
| v. | ) |
| | ) Judge Sharp |
| SPECIALIZED LOAN | ) Magistrate Judge Knowles |
| SERVICING, LLC, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, concluding "Plaintiff has failed to state a claim upon which relief can be granted," and recommending that *Defendant's Motion to Dismiss* and *Defendant's Motion to Renew its Motion to Dismiss* (Docket Entry Nos. 27 and 34) be granted. *See* (Docket Entry No. 45). Plaintiff filed a timely response in opposition to the R & R. (Docket Entry No. 48).

Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 45) is hereby ACCEPTED and APPROVED, and Plaintiff's objections thereto (Docket Entry No. 48) are hereby OVERRULED;

(2) *Defendant's Motion to Dismiss* and *Defendant's Motion to Renew its Motion to Dismiss* (Docket Entry Nos. 27 and 34) are hereby GRANTED;

(3) To the extent Plaintiff's objection seeks leave to amend his *Petition for Restraining Order; [sic] & for Order to Enforce Contract Provisions*, this request is hereby DENIED; and

1

(4) Plaintiff's case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE